# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARQUES JOHNSON                                                    PLAINTIFF

v.                          No. 3:16-cv-308-DPM-PSH

CRAIGHEAD COUNTY DETENTION
CENTER and MARTY BOYD, Sheriff,
Craighead County Detention Center                                  DEFENDANTS

## ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's claim against Craighead County Detention Center is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2016