# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARQUES JOHNSON**                                                       **PLAINTIFF**

v.                          No: 3:16-cv-308-DPM

**MARTY BOYD, Sheriff, Craighead County**                   **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Johnson hasn't updated his address; and the time to do so has passed. № 14. Johnson's complaint will therefore be dismissed without prejudice. Motion to dismiss, № 16, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2017