IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARQUES JOHNSON                                        PLAINTIFF

v.                   No: 3:16-cv-308-DPM

CRAIGHEAD COUNTY DETENTION CENTER;
and MARTY BOYD, Sheriff, Craighead County        DEFENDANTS

JUDGMENT

1. Johnson's claims against the Craighead County Detention Center are dismissed with prejudice.

2. Johnson's claims against Boyd are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2017